Magistrate Judge Donohue

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 29 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

06-MJ-00631-CMP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE'S DOCKET NO. CASE NO. 06-631 M |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| RUBEN LUIS LEON SHUMPERT, | Title 18, United States Code, Section 3146 |
| Defendant. | |

BEFORE, James P. Donohue, United States Magistrate Judge, Seattle, Washington

The undersigned complainant being duly sworn states:

## COUNT ONE
(Failure to Appear)

On or about November 21, 2006, at Seattle, within the Western District of Washington, RUBEN LUIS LEON SHUMPERT, having been charged with and pleaded guilty to a crime punishable by imprisonment for a term of fifteen years or more, in violation of Title 18, United States Code, Section 473, and in connection with the aforementioned criminal charge, having been released pursuant to chapter 207 of Title 18, United States Code, for appearance before the Honorable Marsha J. Pechman at Seattle on November 21, 2006, for sentencing in cause number CR04-495MJP, entitled United States of America v. Ruben Luis Leon Shumpert aka Amir Abdul Muhaimin, did knowingly and willfully fail to appear as required.

All in violation of Title 18, United States Code, Section 3146(a)(1) and (b)(1)(A).

And the complainant further states:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since July 2002. I am a graduate of the FBI Academy in Quantico, Virginia. I am presently assigned to the Joint Terrorism Task Force investigating international terrorism. As the case agent in the case described below, I am personally knowledgeable of and familiar with the facts contained in this affidavit.

2. On November 4, 2004, a federal grand jury in Seattle returned an indictment in cause number CR04-495MJP charging Ruben Luis Leon Shumpert, also known as Amir Abdul Muhaimin, with one count of dealing in counterfeit United States currency, in violation of Title 18, United States Code, Section 473, the penalty for which is imprisonment for not more than twenty years. When he first appeared before the court on April 15, 2005, he was ordered detained pending further proceedings. According to court records, he later moved the court to be released on conditions and the court granted the motion on May 20, 2006. Shumpert was released on conditions, including that he reside at a halfway house. The conditions were later amended allowing him to reside with his family in Seattle.

3. I was present when Shumpert entered a plea of guilty to that charge on September 20, 2006. The date for the sentencing hearing was set for November 21, 2006, before the Honorable Marsha J. Pechman. Shumpert had notice of the date and was represented by counsel.

4. When court convened at the appointed time, I was present, as were the Assistant United States Attorney and Shumpert's attorney. Shumpert, however, failed to appear. I know that there is currently a warrant outstanding for his arrest based on his failure to abide by the conditions of his release, specifically that he changed his residence address without prior approval of the Pretrial Services Office and failed to surrender his passport as required by the court.

5. On November 18, 2006, I received a telephone call from Shumpert, who informed that he was in Somalia, that he finally felt free, and that he did not intend to return

to the United States. I confirmed through other means that the call had in fact originated from Somalia. He called again on November 27, 2006, and repeated that he was in Mogadishu, Somalia, and made what I interpreted as veiled threats on my life, saying that he and I were in a battle and that we were sworn enemies from this day forward. He then added that he and his Muslim associates would destroy everything the United States stood for.

    6.  Based on the foregoing, I submit that there is probable cause to believe that has intentionally failed to appear in court as ordered, in violation of Title 18, United States Code, Section 3146(a)(1).

_____
ROBERT WALBY, Complainant
Special Agent
Federal Bureau of Investigation

Complaint and affidavit sworn to before me and subscribed in my presence, November 29, 2006.

_____
JAMES P. DONOHUE
United States Magistrate Judge

COMPLAINT/Shumpert — 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970